REGINA MARASCO, Respondent, *v.* PIETRO ALVINO, Appellant, Impleaded with Another.

(Argued June 3, 1930; decided June 13, 1930.)

*Vincent L. Leibell, Jeremiah T. Mahoney, Theodore Ornstein, Richard L. Deely* and *M. Robert Gadrich* for appellant.

*Max Rothenberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, LEHMAN and O'BRIEN, JJ. Dissenting: CRANE, KELLOGG and HUBBS, JJ.